**Order entered February 26, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-00711-CV

### EHRING ENTERPRISES, INC. ET AL, Appellants

### V.

### RD MANAGEMENT CORPORATION, Appellee

**On Appeal from the 44th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-11-04770-b**

## ORDER

We **GRANT** appellee's and cross-appellant's February 25, 2014 unopposed motion to

extend time to file reply brief and **ORDER** the brief be filed no later than March 18, 2014.


/s/     ELIZABETH LANG-MIERS
        JUSTICE